UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CV-80558-WJZ

LIONAL DALTON,

    Plaintiff,

vs.

DELRAY GLASS & MIRROR CONTRACTING,
INC. d/b/a DELRAY GLASS & MIRROR and
DELRAY GLASS & MIRROR CONTRACTOR LLC,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, LIONAL DALTON, (hereinafter referred to as "Plaintiff") by and through undersigned counsel, hereby notifies the Court that the Plaintiff and Defendant, DELRAY GLASS & MIRROR CONTRACTING, INC. d/b/a DELRAY GLASS & MIRROR and DELRAY GLASS & MIRROR CONTRACTOR LLC (hereinafter referred to as "The Parties") are in the process of executing the Settlement Agreement and request fifteen (15) days to finalize the settlement and file for dismissal of this matter. The Parties request that the Court stay all matters and pending deadlines in this Action and grant the Parties fifteen (15) days to finalize their written settlement agreement and to submit the appropriate notices and/or motions to the Court regarding dismissal of the Action.

## CERTIFICATE OF SERVICE

I certify that on August 11, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this

day on counsel of record in this action via email transmission and via transmission of Notices of

Electronic Filing generated by CM/ECF.

        Respectfully submitted,

**J & M ADVOCACY GROUP, LLC**
*Counsel for Plaintiff*
4651 Sheridan Street, Suite301
Hollywood, FL 33021
Telephone: (954) 962-1166
Facsimile: (954) 962-1779
Email: service@jmadvocacygroup.com

 */s/ Mark D. Cohen*____
Mark D. Cohen, Esq.
Florida Bar No. 347345

 */s/ Jaci R. Mattocks*____
Jaci R. Mattocks, Esq.
Florida Bar No. 115765